

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2024 JUL 26  P 12: 10

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

# FELONY

## INDICTMENT FOR VIOLATIONS OF THE FEDERAL GUN CONTROL ACT
## AND THE FEDERAL CONTROLLED SUBSTANCES ACT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.**  |
| **v.** | * | **SECTION:** SECT.O MAG.2 |
| **LOVON WHITE** | * | **VIOLATIONS:** 18 U.S.C. § 922(o) |
| | | 18 U.S.C. § 924(a)(2) |
| | * | 18 U.S.C. § 924(c)(1)(A)(i) |
| | | 18 U.S.C. § 924(c)(1)(B)(ii) |
| | * | 21 U.S.C. § 841(a)(1) |
| | | 21 U.S.C. § 841(b)(1)(C) |
| | * | 21 U.S.C. § 841(b)(1)(D) |

\*    \*    \*

The Grand Jury charges that:

## COUNT 1
### (Possession with the Intent to Distribute Tapentadol and Marijuana)

On or about June 12, 2024, in the Eastern District of Louisiana, the defendant, **LOVON WHITE**, did knowingly and intentionally possess with the intent to distribute a quantity of a mixture and substance containing a detectable amount of tapentadol, a Schedule II controlled substance, and a quantity of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 841(b)(1)(D).

Fee _____ USA
_____ Process _____
X Dktd _____
_____ CtRmDep _____
_____ Doc.No. _____

## COUNT 2
### (Possession of a Machinegun in Furtherance of a Drug Trafficking Crime)

On or about June 12, 2024, in the Eastern District of Louisiana, the defendant, **LOVON WHITE**, did knowingly possess firearms, that is, an Anderson Manufacturing Model AM-15, .223 caliber rifle, bearing serial number 20138925, and a Glock Model 21, .45 caliber pistol, bearing serial number AGFB229, both firearms being equipped with machinegun conversion devices making them machineguns, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with the intent to distribute tapentadol and marijuana, as charged in Count 1 of this Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 924(c)(1)(B)(ii).

## COUNT 3
### (Possession of Machinegun)

On or about June 12, 2024, in the Eastern District of Louisiana, the defendant, **LOVON WHITE**, did knowingly possess machineguns, that is, an Anderson Manufacturing Model AM-15, .223 caliber rifle, bearing serial number 20138925, equipped with a machinegun conversion device; a Glock Model 21, .45 caliber pistol, bearing serial number AGFB229, equipped with a machinegun conversion device; and a loose machinegun conversion device, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## NOTICE OF FORFEITURE

1.     The allegations of Counts 1 through 3 of this Indictment are incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2.     As a result of the offense alleged in Count 1, the defendant, **LOVON WHITE**, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any

2

property, constituting or derived from, any proceeds obtained, directly or indirectly, as the result of said offense, and any property, used or intended to be used, in any manner or part to commit or to facilitate the commission of said offense, included but not limited to any of the following:

    $420.00 in United States currency.

  3.  As a result of the offenses alleged in Counts 2 and 3, the defendant, **LOVON WHITE**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm, or ammunition involved in or used in the commission of said offenses, including but not limited to the following:

    Anderson Manufacturing Model AM-15, .223 caliber rifle, bearing serial number 20138925, equipped with a machinegun conversion device;

    Glock Model 21, .45 caliber pistol, bearing serial number AGFB229, equipped with a machinegun conversion device; and a

    Machinegun conversion device.

  4.  If any of the above-described property, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third person;

    c.  has been placed beyond jurisdiction of the Court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code,

Section 853(p), forfeiture of any other property of the defendant up to the value of said property.

A TRUE BILL:

███████████████████

FOREPERSON

DUANE A. EVANS
UNITED STATES ATTORNEY

DAVID M. BERMAN
Assistant United States Attorney

New Orleans, Louisiana
July 26, 2024

4

FORM OBD-34

No. _____

# UNITED STATES DISTRICT COURT

Eastern _____ District of _____ Louisiana

Criminal _____ Division

## THE UNITED STATES OF AMERICA

vs.

## LOVON WHITE

# INDICTMENT

## FOR VIOLATIONS OF THE FEDERAL GUN CONTROL ACT AND THE FEDERAL CONTROLLED SUBSTANCES ACT

VIOLATIONS:    18 U.S.C. § 922(o)            21 U.S.C. § 841(a)(1)
               18 U.S.C. § 924(a)(2)         21 U.S.C. § 841(b)(1)(C)
               18 U.S.C. § 924(c)(1)(A)(i)   21 U.S.C. § 841(b)(1)(D)
               18 U.S.C. § 924(c)(1)(B)(ii)

_____

*Filed in open court this* _____

_____ *day of*

_____ *A.D. 2024.*

_____
*Clerk*

*Bail, $* _____

_____
**DAVID BERMAN**
Assistant United States Attorney